**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FILED MAY 27 2014

| | | |
|---|---|---|
| TORMU E. PRALL, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 13-6391 |
| | : | |
| DISTRICT COURT, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 27th day of May , 2014, upon independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin, **IT IS HEREBY ORDERED** that:

  1.   the R&R is **APPROVED** and **ADOPTED**;

  2.   the Motion Requesting the Court Not to Transfer this Case to New Jersey is **DENIED**;

  3.   the Petition for Writ of Habeas Corpus is **TRANSFERRED TO THE DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**; and

  4.   there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.

**ENTERED**

MAY 27 2014

**CLERK OF COURT**